**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>FRANCOIS SIMPSON,<br><br>     Defendant. | Case No. 2:20-cr-00027-ART-BNW<br><br>**ORDER** |

IT IS ORDERED that the parties stipulation filed 07/15/2022 (ECF No. 76) requesting to withdraw the Notice of intent to Plead Guilty (ECF No. 60), Memorandum in Support of Guilty Plea (ECF No. 61), and Government's Memorandum in Support of Guilty Plea Without Plea Agreement (ECF No. 66) is GRANTED.  IT IS FURTHER ORDERED that ECF Nos. 60, 61 and 66 are WITHDRAWN.

DATED: July 19, 2022

                                                                              ANNE R. TRUAM
                                                                              UNITED STATES DISTRICT JUDGE